UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
DAVOR SURAC.,
Debtor/ Appellant
v.
Cavalry Portfolio Services, LLC,    **AMENDED**
Appellee                            **NOTICE OF APPEAL**
                                    Index No. 1:08-cv-00671-BMC-JMA
-------------------------------------X

     PLEASE TAKE NOTICE that DAVOR SURAC , by and through his attorney, Law Office of Joshua N. Bleichman, appeals to the United States Court of Appeals for the Second Circuit from the Order of Judge Brian M. Cogan dated 05/11/2009 and from each and every part thereof.

     This appeal is made pursuant to Federal Rules of Appellate Procedure and Rule 3(b).

     In accordance with Rule 12(b) of the Federal Rules of Appellate Procedure, the name of the other parties to the Order and their respective attorneys of record are listed below.

| Parties | Attorneys |
|---|---|
| DAVOR SURAC | Joshua N. Bleichman<br>268 Route 59<br>Spring Valley, NY 10977<br>(845) 425-2510 |
| Cavalry Portfolio Services, LLC | Arthur Sanders<br>Mel Harris & Associates LLC<br>5 Hanover Square, 8th Floor<br>New York , NY 10004<br>(212) 660-1050<br><br>Christian K. Parker<br>Cavalry Portfolio Services, LLC<br>Seven Skyline Drive<br>Third Floor<br>Hawthorne , NY 10532<br>914-347-3440 ext. 13498 |

Dated: May 21, 2009

1

Spring Valley, NY  10977          /s/  Joshua N. Bleichman
                                  Law Office of Joshua N. Bleichman,
                                  268 West Route 59
                                  Spring Valley, NY  10977
                                  (845) 425-2510

## CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old.  I have offices at 268 West Route 529, Spring Valley, NY 10977.  I served the within Notice of Appeal together with the Order appealed and APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES  May 21, 2009 by depositing a true copy thereof in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the US Postal Service within the State of New York, first class mail, addressed to:

Arthur Sanders
Mel Harris & Associates LLC
5 Hanover Square, 8th Floor
New York, NY 10004

Christian K. Parker
Cavalry Portfolio Services, LLC
Seven Skyline Drive
Third Floor
Hawthorne, NY 10532

Dated: May 21, 2009
Spring Valley, NY  10977          /s/ Joshua N. Bleichman
                                  Law Office of Joshua N. Bleichman,
                                  268 West Route 59
                                  Spring Valley, NY  10977
                                  (845) 425-2510

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
DAVOR SURAC.,
Debtor/ Appellant
v.
Cavalry Portfolio Services, LLC,
Appellee

Index No. 1:08-cv-00671-BMC-JMA

-------------------------------------X

### APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES
### PURSUANT TO APPELLATE RULE 10(a)

Appellant having filed a notice of appeal dated May 21, 2009 from an order of the US District Court Order of Judge Brian M. Cogan dated 05/11/2009, which denied Plaintiff's reasonable request to reopen the case based upon the failure to consummate a settlement between the parties.

The entire contents of the District Court file as stated on the District Court's Docket Sheet, Case No. 1:08-cv-00671-BMC-JMA.

Respectfully Submitted

Dated: May 21, 2009
Spring Valley, NY 10977

/s/ Joshua N. Bleichman
Law Office of Joshua N. Bleichman,
268 West Route 59
Spring Valley, NY 10977
(845) 425-2510